

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Daniel A. Hunt

No. 06-24-00070-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the Relator's petition for a writ of mandamus should be conditionally granted, and we direct Respondent to vacate its order. The writ of mandamus will issue only if the trial court fails to comply.

RENDERED DECEMBER 17, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk